| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | ELIZABETH A. FROHLICH, State Bar No. 195454 |
| 2 | One Market, Spear Street Tower |
| | San Francisco, CA  94105-1126 |
| 3 | Tel:     415.442.1000 |
| | Fax:    415.442.1001 |
| 4 | E-mail: lfrohlich@morganlewis.com |
| 5 | *Attorneys for Defendants* |
| | *Deutsche Bank National Trust Company, as Trustee* |
| 6 | *and Custodian, and Long Beach Mortgage Loan* |
| | *Trust 2002-5* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LOPEZ, individually and on behalf of himself and all others similarly situated, | Case No. 12-CV-02117-RMW |
| Plaintiff, | **[] ORDER GRANTING DEFENDANTS DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE AND CUSTODIAN, AND LONG BEACH MORTGAGE LOAN TRUST 2002-5'S MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT** |
| vs. | |
| LONG BEACH MORTGAGE COMPANY, et al., | |
| Defendant. | [CIV. L.R. 6-3] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

(12-CV-02117-RMW)

1  On August 29, 2012, pursuant to Civil Local Rule 6-3, Defendant Deutsche Bank National
2  Trust Company, as Trustee moved for an order to enlarge time to respond to the Complaint in this
3  matter.
4  For the reasons set forth in the motion and the accompanying declaration of Rahul Rao,
5  the motion is GRANTED.
6  IT IS ORDERED that Deutsche Bank National Trust Company, as Trustee's time to
7  respond to the Complaint is extended to October 3, 2012.
8  **IT IS SO ORDERED.**

DATED: September 5, 2012

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge