**E-FILED on** 11/30/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EUGENE LOPEZ, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LONG BEACH MORTGAGE COMPANY, as the Original Lender; LONG BEACH MORTGAGE COMPANY, as the Original Trustee; Alliance Title Company Title Company; LONG BEACH MORTGAGE COMPANY, as the PSA Master Servicer; LONG BEACH MORTGAGE COMPANY PSA Sponsor and Seller; LONG BEACH SECURITIES CORP., as PSA Depositor; DEUTSCHE BANK NATIONAL TRUST COMPANY, as PSA Trustee; DEUTSCHE BANK NATIONAL TRUST COMPANY PSA Custodian; LONG BEACH MORTGAGE LOAN TRUST 2002-5, as the PSA Trust Issuing Entity; CALIFORNIA RECONVEYANCE COMPANY, as the Foreclosing Trustee; WANDA CHAPMAN, as Vice President of JP MORGAN CHASE.; DEBRA BROWN the Notary of the Assignment of Deed of Trust; DEBORAH BRIGNAC, as Vice President of JP MORGAN.; LOREN LOPEZ the Notary of the Assignment of Deed of Trust; - and DOES 1 THROUGH 100, INCLUSIVE<br><br>Defendants. | No. 12-02117 RMW<br><br>**ORDER GRANTING DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[Re: Docket No. 16]** |

ORDER - No. 12-0991 RMW

Based upon the reasons set forth in defendant Deutsche Bank National Trust Company's motion, as well as the discussion at the hearing, defendant's motion to dismiss is GRANTED. The court grants plaintiff leave to amend the complaint. Plaintiff's amended complaint is due January 4, 2013. Plaintiff's failure to timely file an amended complaint will result in a dismissal of the case with prejudice.

The court resets the case management conference to February 8, 2013.

It is so ordered.

DATED: November 30, 2012

*Ronald M. Whyte*

RONALD M. WHYTE

United States District Judge