**United States District Court**
For the Northern District of California

1
2
3
4                                                          **E-FILED on _____11/30/12_____**
5
6
7
8                         IN THE UNITED STATES DISTRICT COURT
9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                    SAN JOSE DIVISION
11

| | |
|---|---|
| 12  EUGENE LOPEZ, individuals, on behalf of themselves and all others similarly situated, | No. 12-02117 RMW |
| 13 | |
| 14          Plaintiff, | |
| 15      v. | |
| 16  LONG BEACH MORTGAGE COMPANY, as the Original Lender; LONG BEACH MORTGAGE COMPANY, as the Original Trustee; Alliance Title Company Title Company; LONG BEACH MORTGAGE COMPANY, as the PSA Master Servicer; LONG BEACH MORTGAGE COMPANY PSA Sponsor and Seller; LONG BEACH SECURITIES CORP., as PSA Depositor; DEUTSCHE BANK NATIONAL TRUST COMPANY, as PSA Trustee; DEUTSCHE BANK NATIONAL TRUST COMPANY PSA Custodian; LONG BEACH MORTGAGE LOAN TRUST 2002-5, as the PSA Trust Issuing Entity; CALIFORNIA RECONVEYANCE COMPANY, as the Foreclosing Trustee; WANDA CHAPMAN, as Vice President of JP MORGAN CHASE.; DEBRA BROWN the Notary of the Assignment of Deed of Trust; DEBORAH BRIGNAC, as Vice President of JP MORGAN.; LOREN LOPEZ the Notary of the Assignment of Deed of Trust; - and DOES 1 THROUGH 100, INCLUSIVE | **ORDER GRANTING DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**  <br><br> **[Re: Docket No. 16]** |
| 28          Defendants. | |

1

2

3        Based upon the reasons set forth in defendant Deutsche Bank National Trust Company's

4   motion, as well as the discussion at the hearing, defendant's motion to dismiss is GRANTED.  The

5   court grants plaintiff leave to amend the complaint.  Plaintiff's amended complaint is due January 4,

6   2013.  Plaintiff's failure to timely file an amended complaint will result in a dismissal of the case

7   with prejudice.

8        The court resets the case management conference to February 8, 2013.

9

10       It is so ordered.

11

12   DATED: November 30, 2012          *Ronald M. Whyte*

13                                    RONALD M. WHYTE

14                                    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California