**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12   EUGENE LOPEZ, individuals, on behalf of            No. 12-02117 RMW
     themselves and all others similarly situated,

13
                    Plaintiff,
14
                    v.
15
     LONG BEACH MORTGAGE COMPANY, as
16   the Original Lender; LONG BEACH
     MORTGAGE COMPANY, as the Original
17   Trustee; Alliance Title Company Title
     Company; LONG BEACH MORTGAGE              **ORDER DISMISSING CASE**
18   COMPANY, as the PSA Master Servicer;
     LONG BEACH MORTGAGE COMPANY
19   PSA Sponsor and Seller; LONG BEACH
     SECURITIES CORP., as PSA Depositor;        **[Re: Docket No. 20]**
20   DEUTSCHE BANK NATIONAL TRUST
     COMPANY, as PSA Trustee; DEUTSCHE
21   BANK NATIONAL TRUST COMPANY PSA
     Custodian; LONG BEACH MORTGAGE
22   LOAN TRUST 2002-5, as the PSA Trust
     Issuing Entity; CALIFORNIA
23   RECONVEYANCE COMPANY, as the
     Foreclosing Trustee; WANDA CHAPMAN, as
24   Vice President of JP MORGAN CHASE.;
     DEBRA BROWN the Notary of the
25   Assignment of Deed of Trust; DEBORAH
     BRIGNAC, as Vice President of JP
26   MORGAN.; LOREN LOPEZ the Notary of the
     Assignment of Deed of Trust; - and DOES 1
27   THROUGH 100, INCLUSIVE

28                  Defendants.

ORDER - No. 12-0991 RMW

**United States District Court**
For the Northern District of California

1

2

3    On November 30, 2012, the court granted defendant Deutsche Bank National Trust

4    Company's motion to dismiss, giving plaintiff 30 days leave to amend his complaint. Plaintiff's

5    amended complaint was due January 4, 2013. However, 18 months have since passed without

6    plaintiff filing any amended complaint. The court therefore dismisses plaintiff's complaint with

7    prejudice and will enter judgment in favor of defendants.

8    It is so ordered.

9

10

11   DATED:  July 9, 2014                          _Ronald M. Whyte_

12                                                 RONALD M. WHYTE

13                                                 United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - No. 12-0991 RMW                    2